FILED

2018 Jul-05  PM 05:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PHILIP LAGAT
     PLAINTIFF,

                             CIVIL ACTION NO.:
v.                           2:17-cv-01680-MHH

LEASE FINANCE GROUP, LLC, ET AL.,
     DEFENDANTS.

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Philip Lagat ("Plaintiff") hereby notifies the court that Plaintiff and the sole remaining defendant, Republic Finance ("Republic") have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement.  Plaintiff expects to file a dismissal with prejudice with respect to his claims against Republic on or before August 6th, 2018.

Respectfully submitted,

/s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
Mooreland Manor
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027-5249
615-370-9659 Phone
615-370-4099 Fax
MicahAdkins@ItsYourCreditReport.com
*Counsel for Philip Lagat*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, I filed the foregoing paper using the CM/ECF System, which will send electronic notification of the same to the following counsel of record:

Jason B. Tompkins
Jonathan Hoffmann
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642

Meredith C. Kincaid
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309

Kirkland E. Reid
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL  36602

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205

L. Jackson Young, Jr.
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Christopher A. Driskill
Waller Lansden Dortch & Davis, LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, AL 35203

*/s/ Micah S. Adkins*
Micah S. Adkins