UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILIP LAGAT, | } |
| Plaintiff, | } } } |
| v. | } Case No.: 2:17-cv-01680-MHH |
| LEASE FINANCE GROUP, LLC, et al., | } } } |
| Defendants. | } |

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT REPUBLIC FINANCE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Philip Lagat ("Plaintiff") and Defendant Republic Finance ("Republic"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claims asserted against Republic in the above-styled action, with said parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted,

/s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
Telephone:  (615) 615-9659
Facsimile:  (615) 370-4099
Email:  MicahAdkins@ItsYourCreditReport.com
*Representing Plaintiff*

1

*[signature]*

Jason B. Tompkins (ASB-3737-N72T)
Jonathan Paul Hoffman (ASB-1809-R66F)
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
*Counsel for Republic Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I filed the foregoing paper using the CM/ECF System, which will send electronic notification of the same to the following counsel of record:

Jason B. Tompkins
Jonathan Hoffmann
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642

Meredith C. Kincaid
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309

Kirkland E. Reid
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205

L. Jackson Young, Jr.
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242

Christopher A. Driskill
Waller Lansden Dortch & Davis, LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, AL 35203

*/s/ Micah S. Adkins*
Micah S. Adkins