# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **PHILIP LAGAT,** | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | }   Case No.:  2:17-cv-01680-MHH |
| | } |
| **REPUBLIC FINANCE,** | } |
| | } |
| Defendant. | } |

## ORDER

Plaintiff Philip Lagat and Defendant Republic Finance filed a Joint Stipulation of Dismissal with prejudice.  (Doc. 57).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.  The parties are to bear their own attorney's fees, costs, and expenses.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this August 17, 2018

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE